99-00566 Samuel v Samuel.wpd



No. 04-99-00566-CV



Terry O. SAMUEL,


Appellant



v.



Pamela A. SAMUEL,


Appellee 


From the 150th Judicial District Court, Bexar County, Texas


Trial Court No. 98-CI-6227


Honorable Carol Haberman, Judge Presiding(1)



Per Curiam


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and filed: June 30, 2000


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 The parties filed a joint motion to dismiss this appeal. They indicate they have
reached a settlement which has been implemented by the filing of appropriate motions and
orders in the trial court. We grant the motion. See Tex. R. App. P. 42.1(a)(1). In accordance
with the motion of the parties, costs of appeal are taxed against the appellant, Terry O.
Samuel. Our mandate may be issued early upon proper motion. Tex. R. App. P. 18.1(c).

 PER CURIAM

DO NOT PUBLISH


1. The Honorable Richard Garcia, Associate Judge, tried the case. The Honorable Carol Haberman and the
Honorable James F. Clawson signed the orders adopting the Associate Judge's Reports.